UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL CARTER #410324,

    Plaintiff,

v

DARNELL MANDY and
SEBASTIAN FREEMAN,

    Defendants.

CASE NO. 2:21-cv-11568

HON. MARK A. GOLDSMITH

MAGISTRATE JUDGE
CURTIS IVY, JR.

---

| | |
|---|---|
| Jeffrey R. May (P85587)<br>Bodman PLC<br>Attorney for Plaintiff<br>201 S. Division Street, Ste. 400<br>Ann Arbor, MI  48104<br>(734) 761-3780<br>jmay@bodmanlaw.com | LeAnne Dao (P79247)<br>Assistant Attorney General<br>Michigan Dept. of Attorney General<br>Attorney for Defendant Freeman<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055<br>dao11@michigan.gov |

**ORDER GRANTING IN PART AND DENYING IN PART NON-PARTY MDOC'S MOTION TO QUASH OR MODIFY SUBPOENAS**

Non-party Michigan Department of Corrections (MDOC), having filed a Motion to Quash or Modify Subpoenas (ECF No. 76), Plaintiff Joel Carter having filed his Response in Opposition to the Motion (ECF No. 78), and the Court having reviewed and heard oral arguments on March 13, 2025, on the same, and otherwise being fully advised in the premises;

1

IT IS ORDERED that Non-party MDOC's Motion to Quash or Modify Subpoenas is granted in part and denied in part. The MDOC shall produce the following in response to the subpoenas:

- Joel Carter's medical records, which include, but are not limited to:

    i. Carter's communications to medical staff and medical staff's responses to Carter, from February 25, 2017 to February 25, 2018.

    ii. Copies of all call-out sheets and management plans (including revisions) utilized by the Residential Treatment Program at Macomb Correctional Facility on or between February 25, 2017 to February 25, 2018, which mention Joel Carter.

    iii. Joel Carter's patient file and related documents compiled and/or utilized by Scott Webster (Mr. Carter's therapist), from February 25, 2017 to February 25, 2018.

    iv. All emails addressed to and/or from Scott Webster, which mention Joel Carter's medical record, medical condition(s) and/or related treatment(s), sent or received on or between February 25, 2017 to February 25, 2018.

    v. All emails addressed to and/or from Sergeant Darnell Mandy, which mention Joel Carter's medical record, medical

condition(s) and/or related treatment(s), sent or received on or between February 25, 2017 to February 25, 2018.

    vi. All emails addressed to and/or from Sergeant Amalfitano, which mention Joel Carter's medical record, medical condition(s) and/or related treatment(s), sent or received on or between February 25, 2017 to February 25, 2018.

    vii. All emails addressed to and/or from Corrections Officer Miller, which mention Joel Carter's medical record, medical condition(s) and/or related treatment(s), sent or received on or between February 25, 2017 to February 25, 2018.

    viii. All emails addressed to and/or from Corrections Officer Sheffield, which mention Joel Carter's medical record, medical condition(s) and/or related treatment(s), sent or received on or between February 25, 2017 to February 25, 2018.

    ix. All emails addressed to and/or from Sebastian Freeman, which mention Joel Carter's medical record, medical condition(s), and/or related treatment(s), sent or received on or between February 25, 2017 to February 25, 2018

- Reported incidents of misconducts committed by Joel Carter from February 25, 2015 to February 25, 2018, which include misconduct

reports (CSJ-228), misconduct hearing reports (CSJ-240B), any and all hearing investigation reports (CAJ-681), misconduct sanction screening forms (CSJ-330), and misconduct summary history.

- Copies of all grievances submitted by Joel Carter against Sebastian Freeman, received by MDOC on or between February 25, 2015 to February 25, 2018.

- All emails addressed to and/or from Sergeant Darnell Mandy, which contain any description of an interaction between Sebastian Freeman and Joel Carter, sent or received on or between February 25, 2015 to February 25, 2018.

- All emails addressed to and/or from Sergeant Amalfitano, which contain any description of an interaction between Sebastian Freeman and Joel Carter, sent or received on or between February 25, 2015 to February 25, 2018.

- All emails addressed to and/or from Corrections Officer Miller, which contain any description of an interaction between Sebastian Freeman and Joel Carter, sent or received on or between February 25, 2015 to February 25, 2018.

- All emails addressed to and/or from Corrections Officer Sheffield, which contain any description of an interaction between Sebastian

- Freeman and Joel Carter, sent or received on or between February 25, 2015 to February 25, 2018.

- All emails addressed to and/or from Sebastian Freeman, which mention any misconduct committed by or against Joel Carter, sent or received on or between February 25, 2015 to February 25, 2018.

IT IS ALSO ORDERED the MDOC shall produce copies of all ordered documents in its possession to counsel for Plaintiff within 30 days of this Order.

The Court will address any changes to the dates of the settlement conference, final pretrial conference, and trial in a subsequent order.

**IT IS SO ORDERED.**

Date: April 29, 2025

s/Mark A. Goldsmith
Hon. Mark A. Goldsmith
United States District Judge